## M. Blickstein, Appellee, v. Chicago & Alton Railroad Company, Appellant.

### Gen. No. 23,555.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed May 14, 1918.

## Statement of the Case.

Action by M. Blickstein, plaintiff, against the Chicago & Alton Railroad Company, defendant, to recover for the death of a horse shipped by plaintiff over defendant's road. From a judgment for plaintiff, defendant appeals.

Winston, Payne, Strawn & Shaw, for appellant; Silas H. Strawn and Frank H. Towner, of counsel.

Leon Edelman and Charles Leviton, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. CARRIERS, § 228*—*when not liable for death of horse in transit.* Proof that the death of a horse in transit was caused either by the viciousness of other horses in the car, owned by the shipper, or its lack of vitality, discharges the carrier from liability, in the absence of negligence on its part.

2. CARRIERS, § 227*—*when not required to unload car to aid fallen horse.* The fact that employees of a carrier saw that one of several horses shipped in a car was down and endeavored unsuccessfully to get him up did not require them to unload the car and thus delay the transportation of other cars in the train.